IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

**WILLIAM STEWART**,

    Plaintiff,

v.

**MICHAEL STEWART and**,
**CHAD WYNN,**
    Defendants.

Civil Action No. 7:14-CV-34 (HL)

**ORDER**

Defendants Michael Stewart and Chad Wynn filed a joint Motion for Judgment on the Pleadings on April 11, 2014, requesting that Plaintiff's claims be dismissed. The Court directs Plaintiff to respond to Defendants' Motion for Judgment on the Pleadings pursuant to the dictates of the following notice:

The Plaintiff is proceeding *pro se*. Accordingly, the Court deems it appropriate and necessary to advise him of his right to respond to said Motion and of the consequences he may suffer if he fails to file a response thereto.

The Court advises Plaintiff that:

(1) a Motion for Judgment on the Pleadings has been filed by Defendants;

(2) Plaintiff has the right to oppose the granting of said Motion; and

(3) if Plaintiff fails to oppose said Motion, his Complaint may be dismissed.

The Court further advises Plaintiff that under the procedures and policies of this Court, motions to dismiss typically are decided on briefs. The Court considers the pleadings and briefs filed by the parties in deciding whether dismissal is appropriate under the law.

Failure of the Plaintiff to respond to Defendants' Motion for Judgment on the Pleadings, therefore, may result in the granting of the Motion. There would be no trial or further proceedings.

Accordingly, the Plaintiff is ordered and directed to file a response to said Motion for Judgment on the Pleadings **BY NO LATER THAN MAY 5, 2014.** Thereafter, the Court will consider the Motion and any opposition filed by Plaintiff.

**SO ORDERED,** this 14th day of April, 2014.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

aks