IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| WILLIAM STEWART | * |
| | * |
| **Plaintiff,** | * |
| | * |
| v. | *   CIVIL ACTION No.: |
| | *   7:14-cv-00034-HL |
| MICHAEL MOSES and | * |
| CHAD WYNN, | * |
| | * |
| **Defendants.** | * |
| _____ | * |

### ORDER

Defendants Moses and Wynn have moved this Court for an order to stay discovery pending a resolution of their motion to dismiss.

It appearing that this Order is sought in good-faith and no prejudice will accrue to the parties if such motion is granted, and good cause having been shown, it is hereby ORDERED that the Defendants Moses and Wynn's Motion for Stay is GRANTED pending the resolution of their motion to dismiss. The Defendants are relieved from any obligation to respond to discovery propounded by the Plaintiff and discovery in this matter is stayed pending a decision on the Defendants' motion to dismiss, at which time a discovery schedule will be entered as to any claims that may remain.

SO ORDERED this  14th  day of  April , 2014.


　　　　　　　　　　　　　　　　　　　　 s/ Hugh Lawson
　　　　　　　　　　　　　　　　　　　　Hugh Lawson, Senior Judge
　　　　　　　　　　　　　　　　　　　　United States District Judge